**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**TIMOTHY LAMONT HOWARD**                                                      **PETITIONER**

**5:07-CV-00047 BSM**

**LARRY NORRIS, Director of the**
**Arkansas Department of Correction**                                          **RESPONDENT**

## ORDER

The respondent is hereby permitted to file a surreply in this matter.  The reply must be filed by May 21, 2009.

IT IS SO ORDERED this 6th day of May, 2009

_____
UNITED STATES DISTRICT JUDGE